CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5051
FAX: (408) 535-5081
christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANGEL MARES, and<br>JULIO SANCHEZ,<br>Defendants. | NO. 26-CR-00297 EJD<br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendants Angel Mares and Julio Sanchez.

DATED: November 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Mitchell*
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against defendants Angel Mares and Julio Sanchez.

Date: November 12, 2026

THE HON. EDWARD J. DAVILA
Senior United States District Judge